**Dismissed and Opinion Filed May 10, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00592-CR
No. 05-20-00593-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN A. LARA-ALVARADO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-61117-U, F20-61118-U**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

Before the Court is the State's motion to withdraw notices of appeal and

motion to dismiss appeals. We **GRANT** the motion and dismiss the appeals. *See*

TEX. R. APP. P. 42.2(a).

|  |  |
|---|---|
|  | /Ken Molberg// |
| 220592f.u05 | KEN MOLBERG |
| 220593f.u05 | JUSTICE |
| Do Not Publish |  |
| TEX. R. APP. P. 47.2(b) |  |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-22-00592-CR     V.

RUBEN A. LARA-ALVARADO,
Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-61117-U.
Opinion delivered by Justice
Molberg. Justices Carlyle and Smith
participating.

Based on the Court's opinion of this date, the State's motion to dismiss this appeal is **GRANTED** and this appeal is **DISMISSED**.


Judgment entered this 10th day of May, 2023.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-22-00593-CR      V.

RUBEN A. LARA-ALVARADO,
Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-61118-U.
Opinion delivered by Justice
Molberg. Justices Carlyle and Smith
participating.

Based on the Court's opinion of this date, the State's motion to dismiss this appeal is **GRANTED** and this appeal is **DISMISSED**.

Judgment entered this 10th day of May, 2023.